

**United States Government**
**NATIONAL LABOR RELATIONS BOARD**
**Office of the General Counsel**

CONTEMPT, COMPLIANCE, AND SPECIAL LITIGATION BRANCH

| 1015 Half Street SE, Fourth Floor | Direct phone: 202-273-2489 |
| Washington, D.C. 20570 | chad.wallace@nlrb.gov |

September 26, 2025

<u>*Via CM/ECF*</u>
Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

  Re: *National Labor Relations Board v. State of New York, et al.*
     Case No. 1:25-cv-1283-GTS-ML

Dear Judge Lovric:

Pursuant to Local Rule 7.1(a)(2), we write to inform the Court of the National Labor Relations Board's intention to file a motion for a preliminary injunction in the above-referenced matter. The parties have conferred through counsel and have agreed to the proposed briefing schedule outlined in the attached stipulation and proposed order.

Given the parties' agreement, the NLRB respectfully requests that the Court waive the pre-motion conference requirement and allow the motion to proceed according to the agreed-upon schedule. This request is made to facilitate an efficient resolution of the preliminary injunction motion.

We appreciate the Court's attention to this matter and are available for any questions or further discussions at the Court's convenience.

             Respectfully submitted,

             /s/ Chad A. Wallace
             CHAD A. WALLACE
             *Trial Attorney*
             National Labor Relations Board
             Contempt, Compliance, and Special
              Litigation Branch
             1015 Half Street, SE
             Washington, DC 20570
             Phone: (202) 273-2489
             Email: Chad.Wallace@nlrb.gov

             Attorney for Plaintiff