UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF NEW YORK and ) <br>    PUBLIC EMPLOYMENT RELATIONS ) <br>    BOARD, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:25-cv-01283-GTS-ML |

**STIPULATION AND PROPOSED ORDER**

    This stipulation is submitted by the parties in connection with the anticipated filing of a preliminary injunction motion by Plaintiff, the National Labor Relations Board (NLRB or Board). Pursuant to Local Rule 7.1(a)(2), the NLRB met with Defendants to discuss the forthcoming motion. The parties have agreed upon a schedule and terms to facilitate the Court's consideration of the motion.

    The undersigned counsel, representing all parties in the above-captioned matter, hereby stipulate and agree as follows:

1. **Proceedings at PERB**: Defendant, the Public Employment Relations Board (PERB), will hold in abeyance any matters filed by private sector employees, employers, or labor unions that may implicate the NLRB's jurisdiction until a decision is rendered by the Court on the NLRB's preliminary injunction motion.

2. **Notification to Filers of Unfair Labor Practice Charges**: While the Board's preliminary injunction motion is pending before the Court, PERB will issue a form letter to any private sector employee or labor union filing an unfair labor practice charge that

may be subject to the National Labor Relations Act (NLRA), notifying them that their charge will be held in abeyance pending the outcome of the preliminary injunction motion in this litigation.

3. **Notification to Filers of Representation Petitions**: While the Board's preliminary injunction motion is pending before the Court, PERB will issue a form letter to any private sector employee, employer, or labor union filing a representation petition that may be subject to the NLRA, notifying them that their petition will be held in abeyance pending the outcome of the preliminary injunction motion in this litigation.

4. **Briefing Schedule**: The parties have agreed to the following briefing schedule:
    a. The NLRB's preliminary injunction motion will be filed by Tuesday, September 30, 2025, provided the Court approves this pre-motion stipulation and proposed order;
    b. Defendants' opposition papers will be due 60 days after the NLRB files its preliminary injunction motion to allow time for Defendants to request limited discovery; and
    c. The NLRB's reply will be due 10 days after the Defendants' opposition papers are filed.

5. **Stay of Defendants' Answer or Motion Deadline**: The deadline for Defendants to file an answer or any motion under Federal Rule of Civil Procedure 12 is stayed until 21 days after the resolution of the preliminary injunction motion.

6. **Request for Oral Argument**: The parties request oral argument on the Board's preliminary injunction motion, subject to the discretion of the Court.

WHEREFORE, the parties respectfully request that the Court enter an order confirming this stipulation and the proposed schedule.

Respectfully Submitted,

| | |
|---|---|
| /s/ Chad A. Wallace | /s/ Julio Sharp-Wasserman |
| CHAD A. WALLACE | Julio Sharp-Wasserman |
| Trial Attorney | Assistant Attorney General |
| National Labor Relations Board | New York State Office of the Attorney General |
| Contempt, Compliance, and Special Litigation Branch | 28 Liberty Street, 15th Floor |
| 1015 Half Street, SE | New York, New York 10005 |
| Washington, DC 20570 | Phone: (212) 416-8685 |
| Phone: (202) 273-2489 | Email: Julio.Sharp-Wasserman@ag.ny.gov |
| Email: Chad.Wallace@nlrb.gov | |
| | Attorney for Defendants |
| Attorney for Plaintiff | |

Dated: September 26, 2025