UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW YORK and PUBLIC EMPLOYMENT REVIEW BOARD,<br><br>Defendants. | Civil Action No. 1:25-cv-1283 (GTS/ML) |

**NOTICE OF UNOPPOSED MOTION TO INTERVENE BY AMAZON LABOR UNION NO. 1, INTERNATIONAL BROTHERHOOD OF TEAMSTERS**

David O'Brien Suetholz
dsuetholz@teamster.org
Clement Tsao
ctsao@teamster.org
Willie J. Burden
wburden@teamster.org
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 624-68470

Richard Griffin
rgriffin@bredhoff.com
BREDHOFF & KAISER, PLLC
805 15th Street NW Ste. 1000
Washington, DC 20005
Phone: (202) 842-2600

Jeanne Mirer (NY Bar No. 4546677)
jmirer@julienmirer.com
JULIEN MIRER & ASSOCIATES, PLLC
1 Pierrepont Plaza, 12th Floor
Brooklyn, NY 11201
Phone: (212) 231-2235

Julie Gutman Dickinson *(Pro hac vice)*
jgd@bushgottlieb.com
Jennifer A. Abruzzo *(Pro hac vice forthcoming)*
jabruzzo@bushgottlieb.com
Luke Taylor
ltaylor@bushgottlieb.com
BUSH GOTTLIEB, ALC
801 N. Brand Blvd., Suite 950
Glendale, CA 91203
Phone: (818) 973-3228

Edward M. Gleason, Jr.
ed@hsglawgroup.com
Pamela M. Newport
pamela@hsglawgroup.com
HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL, PLLC
600 Vine Street | Suite 2720
Cincinnati, OH 45202
Phone: (513) 381-2224

Ian Hayes (NY Bar No. 5265889)
ihayes@hayesdolce.com
HAYES DOLCE LLP
135 Delaware Avenue, Suite 502
Buffalo, NY 14202
Phone: (716) 534-8388

1

NOTICE IS HEREBY GIVEN that Amazon Labor Union No. 1, International Brotherhood of Teamsters ("ALU-IBT Local 1" or "Union"), by and through its undersigned counsel, hereby moves for leave to intervene as a defendant in this action pursuant to Federal Rule of Civil Procedure 24. This motion is unopposed by any party. Pursuant to Local Rule 7.1(a)(2), the Union and the Parties filed a stipulation on October 2 explaining that no party will oppose this motion and requesting that the Court therefore waive any pre-filing conference with the Court. Dkt. 24. On October 6, the Court granted that request and issued permission for this motion's filing. Dkt. 25.

The Union intends to defend against Plaintiff's allegation that Section 715 of the New York State Labor Relations Act, as recently amended by S.8034A, is preempted by the National Labor Relations Act. The Union has filed a pending charge with New Yorks' PERB pursuant to that amendment. Intervention is warranted as of right because the Union's interest in enforcement of the Section 715 of the New York State Labor Relations Act, as recently amended by S.8034A., is direct and significantly protectible, and is unlikely to be adequately represented by Defendants the State of New York and the New York Public Employment Relations Board, who have distinct interests from the Union and lack the Union's relevant experience with issues central to this litigation. Alternatively, ALU-IBT Local 1 should be granted leave to intervene as a defendant because: (1) ALU-IBT Local 1's defenses against Plaintiff's claims share common questions of law and fact with those likely to be advanced by the State of New York and the New York Public Employment Relations Board; (2) the outcome of this action will directly impact ALU-IBT Local 1's ability to vindicate the rights of the employees it represents under New York law, and (3) the Union's experience will significantly contribute to full consideration of the factual and legal issues here at issue.

This motion is based on this Notice of Motion, the accompanying Declaration of Jeanne Mirer sworn on October 3, 2025, the accompanying Memorandum of Law dated October 6, 2025, and on all of the pleadings and papers on file in this action.

The Union respectfully requests that the Court not deny this motion without first affording oral argument, as the Union anticipates such argument would enable it to further explicate the weight and immediacy of its interest in intervening. The Union has no objection to the Court granting the motion without oral argument.

WHEREFORE, Amazon Labor Union No. 1, International Brotherhood of Teamsters respectfully request this Court to grant its Motion to Intervene in this matter.

DATED: October 6, 2025                    BUSH GOTTLIEB
                                          A Law Corporation


                                          By *[signature]*
                                          Julie Gutman Dickinson *(Pro hac vice)*
                                          jgd@bushgottlieb.com
                                          Jennifer A. Abruzzo *(Pro hac vice forthcoming)*
                                          jabruzzo@bushgottlieb.com


                                          Attorneys for Amazon Labor Union No. 1,
                                              International Brotherhood of Teamsters