UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>     Plaintiff,<br><br>   v.<br><br>STATE OF NEW YORK and PUBLIC EMPLOYMENT REVIEW BOARD,<br><br>     Defendants. | Civil Action No. 1:25-cv-1283 (GTS/ML) |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO INTERVENE BY AMAZON LABOR UNION NO. 1, INTERNATIONAL BROTHERHOOD OF TEAMSTERS**

Upon consideration of the Motion to Intervene by Proposed Intervenor Amazon Labor Union No. 1, International Brotherhood of Teamsters ("ALU-IBT Local 1"), the supporting papers thereto, and for good cause shown, it is hereby ORDERED that:

  1.  The Motion to Intervene is granted.

IT IS SO ORDERED.


Dated:                      _____
                         Hon. Miroslav Lovric
                         U.S. Magistrate Judge
                         Northern District of New York