UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW YORK and PUBLIC EMPLOYMENT REVIEW BOARD,<br><br>Defendants. | Civil Action No. 1:25-cv-1283 (GTS/ML) |

## PROOF OF SERVICE

David O'Brien Suetholz
dsuetholz@teamster.org
Clement Tsao
ctsao@teamster.org
Willie J. Burden
wburden@teamster.org
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 624-68470

Richard Griffin
rgriffin@bredhoff.com
BREDHOFF & KAISER, PLLC
805 15th Street NW Ste. 1000
Washington, DC 20005
Phone: (202) 842-2600

Jeanne Mirer (NY Bar No. 4546677)
jmirer@julienmirer.com
JULIEN MIRER & ASSOCIATES, PLLC
1 Pierrepont Plaza, 12th Floor
Brooklyn, NY 11201
Phone: (212) 231-2235

Julie Gutman Dickinson *(Pro hac vice)*
jgd@bushgottlieb.com
Jennifer A. Abruzzo *(Pro hac vice forthcoming)*
jabruzzo@bushgottlieb.com
Luke Taylor
ltaylor@bushgottlieb.com
BUSH GOTTLIEB, ALC
801 N. Brand Blvd., Suite 950
Glendale, CA 91203
Phone: (818) 973-3228

Edward M. Gleason, Jr.
ed@hsglawgroup.com
Pamela M. Newport
pamela@hsglawgroup.com
HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL, PLLC
600 Vine Street | Suite 2720
Cincinnati, OH 45202
Phone: (513) 381-2224

Ian Hayes (NY Bar No. 5265889)
ihayes@hayesdolce.com
HAYES DOLCE LLP
135 Delaware Avenue, Suite 502
Buffalo, NY 14202
Phone: (716) 534-8388

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 801 North Brand Boulevard, Suite 950, Glendale, CA 91203-1260.

On October 3, 2025, I served true copies of the following document(s) described as **NOTICE OF UNOPPOSED MOTION TO INTERVENE; MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO INTERVENE; DECLARATION OF JEANNE MIRER; AND PROPOSED ORDER** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Bush Gottlieb's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 6, 2025, at Glendale, California.

*Judith Valenzuela*
Judith Valenzuela

## SERVICE LIST

**National Labor Relations Board**     Represented by

Chad Wallace
National Labor Relations Board
Contempt, Compliance, and Special
Litigation Branch
1015 Half St SE
Washington, DC 20570
Email: chad.wallace@nlrb.gov

*Served via CM/ECF Notice of Electronic Court Filing*

**Public Employment Relations Board**     Represented by

Young W. Lee
NYS Office of the Attorney General
Labor Bureau
28 Liberty Street - Ste 15 Floor
New York, NY 10005
Email: young.lee@ag.ny.gov

Julio Sharp-Wasserman
NYS Office of the Attorney General
Labor Bureau
28 Liberty Street - Ste 15 Floor
New York, NY 10005
Email: julio.sharp-wasserman@ag.ny.gov

*Served via CM/ECF Notice of Electronic Court Filing*

| | |
|---|---|
| **State of New York** | Represented by |
| | Julio Sharp-Wasserman<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Email: julio.sharp-wasserman@ag.ny.gov |
| | Young W. Lee<br>NYS Office of the Attorney General<br>Labor Bureau<br>28 Liberty Street - Ste 15 Floor<br>New York, NY 10005<br>646-385-0421<br>young.lee@ag.ny.gov |
| | *Served via CM/ECF Notice of Electronic Court Filing* |