

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

November 21, 2025

*Via CM/ECF*

Hon. Miroslav Lovric, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re:   *National Labor Relations Board v. State of New York, et al.*
      Case No. 1:25-cv-1283-GTS-ML

Hon. Judge Lovric:

    Kindly accept this letter by Defendants seeking to reschedule the December 17, 2025 initial conference to January 28, 2026, or a later date that suits the Court. Plaintiff has consented to this request. The is the first rescheduling request of the initial conference. The rescheduling of the conference will not affect any other scheduled dates.

    Thank you for your attention to this matter. We are available at the Court's convenience should it have any questions.

                              Respectfully,

                              /s/ *Young Woo Lee*
                              Young Woo Lee
                              Assistant Attorney General
                              Labor Bureau
                              Office of the Attorney General of the State of New York
                              28 Liberty Street, 15th Fl.
                              212-416-8681
                              Young.Lee@ag.ny.gov

                              *Attorney for Defendants*