**BUSH GOTTLIEB**
LAWYERS FOR LABOR

Jennifer A. Abruzzo ^%
David E. Ahdoot
Robert A. Bush PE
Adrian R. Butler
Hector De Haro
Erica Deutsch
Peter S. Dickinson +
Letizia M. Dorigo
Ira L. Gottlieb *
Julie Gutman Dickinson
Samantha M. Keng
Joseph A. Kohanski *

Adam Kornetsky #
Dana S. Martinez
J. Paul Moorhead ‡
Michael Plank ~+
Kirk M. Prestegard
Jessica Rutter ^{
Mathew Sollett
Luke Taylor
Sarah True
Estephanie Villalpando
Jason Wojciechowski ~&
Vanessa C. Wright
Sara Yufa

801 North Brand Boulevard, Suite 950
Glendale, California 91203
Telephone (818) 973-3200
Facsimile (818) 973-3201
www.bushgottlieb.com

PE Partner Emeritus
^ Of Counsel
~ Also admitted in Hawaii
‡ Also admitted in Montana
* Also admitted in New York
+ Also admitted in Nevada
# Also admitted in Washington DC
& Also admitted in Washington
% Admitted only in Florida and Washington DC
{ Admitted only in NY

11135-35005

Direct Dial: (818) 973-3228
jgutmandickinson@bushgottlieb.com

December 1, 2025

**VIA E-FILE**

Hon. Glenn T. Suddaby
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

Re:    Letter Request to File Memorandum of Law of Proposed Intervenor in Opposition to Plaintiff's Motion for Preliminary Injunction, in *National Labor Relations Board v. State of New York, et al.*, Case No. 1:25-cv-1283-GTS-ML

Dear Judge Suddaby:

Pursuant to Local Rule 7.1(b), Proposed Intervenor Amazon Labor Union No. 1 International Brotherhood of Teamsters (the "Union") seeks leave to file the attached Memorandum of Law of Proposed Intervenor in Opposition to Plaintiff's Motion for Preliminary Injunction.

On October 6, 2025, the Union filed its unopposed motion to intervene as a defendant in this matter. Dkt. 26. The Union's motion remains pending. However, the deadline for Defendants' response to Plaintiff's Motion for Preliminary Injunction is today, December 1. Accordingly, to ensure timely filing of its response in the event Your Honor grants the motion to intervene, the Union seeks leave to file its attached memorandum of law.

Respectfully,

Bush Gottlieb
A Law Corporation

*Julie Gutman Dickinson*

Julie Gutman Dickinson (*pro hac vice*), Attorney for Proposed Intervenor
801 N. Brand Blvd, Suite 950
Glendale, CA 91203
Ph: (818) 973-3228|Email:JGD@bushgottlieb.com