BUSH GOTTLIEB
801 North Brand Boulevard, Suite 950
Glendale, California 91203-1260

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEW YORK and PUBLIC EMPLOYMENT REVIEW BOARD,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-1283 (GTS/ML) |

**Declaration of Luke Taylor ISO Intervenor Amazon Labor Union No. 1, International Brotherhood of Teamsters' Opposition to Plaintiff's Motion for Preliminary Injunction**

David O'Brien Suetholz
dsuetholz@teamster.org
Clement Tsao
ctsao@teamster.org
Willie J. Burden
wburden@teamster.org
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 624-6847

Richard Griffin
rgriffin@bredhoff.com
BREDHOFF & KAISER, PLLC
805 15th Street NW Ste. 1000
Washington, DC 20005
Phone: (202) 842-2600

Jeanne Mirer (NY Bar No. 4546677)
jmirer@julienmirer.com
JULIEN MIRER & ASSOCIATES, PLLC
1 Pierrepont Plaza, 12th Floor
Brooklyn, NY 11201
Phone: (212) 231-2235

Julie Gutman Dickinson *(Pro hac vice)*
jgd@bushgottlieb.com
Jennifer A. Abruzzo *(Pro hac vice pending)*
jabruzzo@bushgottlieb.com
Luke Taylor
ltaylor@bushgottlieb.com
BUSH GOTTLIEB, ALC
801 N. Brand Blvd., Suite 950
Glendale, CA 91203
Phone: (818) 973-3228

Edward M. Gleason, Jr.
ed@hsglawgroup.com
Pamela M. Newport
pamela@hsglawgroup.com
HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL, PLLC
600 Vine Street | Suite 2720
Cincinnati, OH 45202
Phone: (513) 381-2224

Ian Hayes (NY Bar No. 5265889)
ihayes@hayesdolce.com
HAYES DOLCE LLP
135 Delaware Avenue, Suite 502
Buffalo, NY 14202
Phone: (716) 534-8388

Decl. of Luke Taylor in Opp. to Plaintiff's Motion for Preliminary Injunction

I, Luke Taylor, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney with the law firm of Bush Gottlieb ALC, attorneys of record for Intervenor Amazon Labor Union No. 1, International Brotherhood of Teamsters. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. I submit this Declaration in opposition to the National Labor Relations Board's ("NLRB") Motion for a Preliminary Injunction.

3. For the Court's convenience, I have attached sources cited in Intervenor's Opposition to the NLRB's Motion that are not available on Westlaw.

4. Attached as **Exhibit 1** are the cited experts of the statement of Francis Biddle in H.R. REP. NO. 74-969, at 11 (1935), as reprinted in 2 NLRB, LEGISLATIVE HISTORY OF THE NATIONAL LABOR RELATIONS ACT ("LEG. HIST. NLRA"), at 2920 (1935).

5. Attached as **Exhibit 2** are the cited excerpts of the statements of Senator Wagner in *National Labor Relations Board: Hearing on S. 1958 Before the Senate Comm. on Education and Labor, 74th Cong.*, 115-16 (1935), as *reprinted in* 1 NLRB, LEG. HIST. NLRA, at 1491-92.

6. Attached as **Exhibit 3** are the cited excerpts from Thomas A. Kochan et al., The Transformation of American Industrial Relations (1994).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of December, 2025, at Los Angeles, California.

_____
Luke Taylor