# EXHIBIT 3

Copyright © 1994 by Cornell University

All rights reserved. Except for brief quotations in a review, this book, or parts thereof, must not be reproduced in any form without permission in writing from the publisher. For information address Cornell University Press, Sage House, 512 East State Street, Ithaca, New York 14850.

Originally published by Basic Books in 1986
First ILR Press edition 1994
Third printing 1995 by ILR Press/Cornell University Press

Library of Congress Cataloging-in-Publication Data

Kochan, Thomas A.
The transformation of American Industrial relations / Thomas A. Kochan, Harry C. Katz, Robert B. McKersie.—2d ed.
  p. cm.
Includes bibliographical references and index.
ISBN 0-87546-320-7 (pbk.)
1. Industrial relations—United States—History—20th century.
2. Labor policy—United States—History—20th century.  I. Katz, Harry Charles, 1951-  .  II. McKersie, Robert B.  III. Title.
HD8072.K67  1994
331′.0973—dc20      93-34375

Text design by Vincent Torre

Printed in the United States of America

⊚The paper in this book meets the minimum requirements of the American National Standard for Information Sciences—Permanence of Paper for Printed Library Materials, ANSI Z39.48-1984.

# Contents

| | | |
|---|---|---:|
| Preface to the Paperback Edition | | vii |
| Acknowledgments | | xxv |
| Chapter 1 | *A Strategic Choice Perspective on Industrial Relations* | 3 |
| Chapter 2 | *Historical Evolution of the U.S. Collective Bargaining System* | 21 |
| Chapter 3 | *The Emergence of the Nonunion Industrial Relations System* | 47 |
| Chapter 4 | *Industrial Relations Systems at the Workplace* | 81 |
| Chapter 5 | *The Process and Results of Negotiations* | 109 |
| Chapter 6 | *Changing Workplace Industrial Relations in Unionized Settings* | 146 |
| Chapter 7 | *Union Engagement of Strategic Business Decisions* | 178 |
| Chapter 8 | *American Workers and Industrial Relations Institutions* | 206 |
| Chapter 9 | *Strategic Choices Shaping the Future* | 226 |
| Notes | | 254 |
| Index | | 275 |

CHAPTER

# 1

# *A Strategic Choice Perspective on Industrial Relations*

**T**HE EARLY 1980s witnessed a significant change in the U.S. system of collective bargaining and industrial relations. Front-page news stories frequently cited labor concessions in collective bargaining that departed from the pattern of improved wages, fringe benefits, and job security to which the American public in general and union members in particular had become accustomed.[1] Highly regarded business periodicals dwelled on the advent of new forms of labor-management cooperation at the workplace—so much so that some proposed that a "new industrial relations" had overtaken the U.S. economy.[2] But at the same time the cumulative effects of more than twenty years of declining union membership made it apparent that the American labor movement had reached a crisis. Some even suggested that unless new, more successful organizing strategies could be developed, the labor movement could not survive into the next century as a significant economic and social force. Leaders of the labor movement appeared to agree that significant action was

needed. In 1985 the American Federation of Labor and Congress of Industrial Organizations (AFL-CIO) took up the challenge; it issued a soul-searching report that reviewed the problems facing unions and outlined a strategy designed to sow the "seeds of a resurgence."[3]

It is not surprising, therefore, that these significant and rather unexpected developments sparked a vigorous debate among professionals from all segments of the industrial relations community over whether the events of the early 1980s represented merely a temporary adjustment to the deep recession of 1981 to 1983 or signaled a fundamental transformation in the industrial relations system, the effects of which would be felt for many years to come.[4]

The purpose of this book is to address this debate. Our view is that an answer to the question of whether recent changes are fundamental or temporary requires a deeper and longer-term historical look at the evolution and dynamics of the U.S. industrial relations system. It is our thesis, developed in the following chapters, that the changes which occurred in the early 1980s reflect deep-seated environmental pressures that had been building up gradually as well as organizational strategies that had been evolving quietly for a number of years. Moreover, we shall argue that to fully understand and interpret current developments requires a fundamental rethinking of industrial relations theories and a broadening of the scope of what managers, union leaders, and government policy makers traditionally envision as the domain of industrial relations professional activity.

We address this debate in the following manner. First, we describe contemporary industrial relations practices as we have observed them among leading union and nonunion firms that we have studied over the past four years. Second, we analyze these practices, and the historical evolution that preceded them, within a revised theory of industrial relations. Third, we draw on both the description of current practices and the revised theoretical framework to assess and interpret the transformations that have occurred and are continuing to unfold in U.S. industrial relations. Finally, we evaluate the degree to which the developments unfolding in the 1980s represent a fundamental departure from the principles and practices put in place in the system that grew out of the New Deal labor legislation of the 1930s and the post–World War II system of collective bargaining.

But our ultimate purpose is not simply to describe and interpret current developments. Instead, we wish to develop a more *strategic* perspective on U.S. industrial relations and thereby demonstrate that future patterns are not unalterably predetermined by economic, technological, or some other forces in the American environment. Our central argument is that industrial relations practices and outcomes are shaped by the interactions of environmental forces *along with* the strategic choices and values of American managers, union leaders, workers, and public policy decision makers. We believe that by better understanding the nature of these interactions, the consequences of alternative strategic choices (and the different values they embody), the parties can gain greater control over the destiny of the organizations and interests that they represent.

## The Issues at Stake

American industrial relations has always been characterized by a dynamic interplay or competition between union and nonunion employment systems. Indeed, its history is characterized by long periods of relative stability and incremental change in the role and status of union and nonunion systems, which are interrupted intermittently by periods in which prevailing practices are questioned and new institutional arrangements emerge. Prior to the 1930s, in the absence of any supportive legislation, nonunion practices prevailed for most workers. Unions could manage to organize only a small fraction of the labor force, and union membership rose and fell in direct response to rises and falls in the business cycle.[5]

The labor policies adopted in the 1930s as part of the New Deal were designed to introduce greater stability and order and to lend a degree of permanency to union-management relations. Unions had presumably achieved a position of legitimacy in American society since collective bargaining had been chosen as the preferred mechanism for worker participation and representation in industry. For the next two decades, collective bargaining served as the most significant source of innovation in employee relations.

By the 1960s, however, union membership in the private sector had begun a steady and sustained decline that continues through today. Nonunion employers now took advantage of new market opportunities to experiment and then institutionalize new human resource management practices. The cumulative effects of the decline of unions and the rise of alternative approaches to human resource management by the early 1980s had set the stage once again for an intense debate

concerning the role of unions and collective bargaining in American society. Once again, American society in general, and American unions in particular, face fundamental choices with respect to the most basic questions concerning the structure of employment relationships. Is there still a "need" for unions? Is the stated public policy regarding support for collective bargaining in fact working to promote or to suppress this process? Should collective bargaining be promoted, or are new forms of employee participation and representation needed to supplement or substitute for this process? Are fundamentally new strategies for organizing and representing workers needed if the labor movement is to reverse the membership losses of recent years? Can the pace of innovation within American firms that helped to promote expansion of the nonunion sector be maintained in the face of a more intense global competition in product markets and rapidly changing technologies? Can American management maintain the trust and cooperation of the workforce that many believe are necessary and at the same time oppose independent representation of workers through unions? Can the innovations in unionized settings that have begun in the 1980s survive and diffuse to a wider range of union-management relationships, or will the political pressures on those supporting further change and innovation produce a reversion to past patterns? Can labor union leaders envision and then achieve new roles and structures that aid their employers' competitive performance without destroying the solidarity that traditionally gave unions the bargaining power to improve the living standards of their members? How can the basic clash between a democratic society's need for a free labor movement be reconciled with the deep-seated opposition to unions embedded in American managerial ideology?

If, as we believe, we are currently moving through another one of those critical periods of transformation in American industrial relations, then the strategic choices made by leaders of management, labor, and government will shape the answers to these questions. But to adequately frame the issues in this debate, let alone identify the consequences of alternative choices, requires a theoretical framework capable of interpreting our historical experience and contemporary developments. Therefore, we introduce the concept of an industrial relations system that has dominated the analysis of employment issues for the past several decades. We will point out several anomalies in industrial relations practice that this theory cannot adequately explain and then introduce a revised model that will guide our analysis throughout this book.

## Anomalies in Industrial Relations Theory and Practice

We use the term industrial relations system to refer to the premises, values, laws, institutions, and practices that govern employment relationships. This term was popularized in 1958 by John Dunlop in his seminal book, *Industrial Relations Systems*.[6]

According to Dunlop's system model, analysis of industrial relations problems should begin by considering the various environmental contexts that affect employment relationships—economic forces, technology, and the broad political, legal, and social forces that determine the power of labor and management in society. Then attention should turn to characteristics of the key actors (labor, management, and the government) and their interactions, and conclude with an explanation of the rules governing employment relationships that evolve out of these interactions. An important assumption in Dunlop's model is that these key actors share an underlying consensus that defines and legitimizes their roles. It is this shared ideology that is expected to lend stability to the system.[7] In a follow-up study of industrial relations systems in various nations, Dunlop and his colleagues Clark Kerr, Frederick Harbison, and Charles Myers further argued that, over time, the logic of industrialization would lead to a convergence toward a common set of formal arrangements and rules.[8]

While this systems framework has not been universally accepted, it did provide an organizing framework that researchers of the 1960s and 1970s used to construct models explaining cross-company and union variations in industrial relations.[9] Indeed, Dunlop's model worked fairly well as long as the environment and the practices of the parties remained stable. It has become increasingly clear, however, that the systems framework, with its emphasis on stability and a shared consensus among the actors concerning their respective roles, has a difficult time explaining the dynamic aspects of industrial relations. It is these dynamic features that need to be understood if we are to interpret the current transformations in industrial relations practice. Several brief examples of anomalies in the theory help illustrate this point.

### UNION MEMBERSHIP DECLINES

When in 1935 the National Labor Relations Act (NLRA) established collective bargaining as the preferred method of setting wages, hours, and working conditions, it was assumed that unionism would expand

as workers embraced collective bargaining as the best way to advance their common interests. This proved to be the case up through the mid-1950s. Since then, however, the percentage of the unionized labor force has been steadily declining, from a peak of approximately 35 percent of the nonagricultural labor force in the mid-1950s to approximately 19 percent in 1985. The decline in union membership would be even greater if only private-sector workers were considered.[10]

While the magnitude of the decline in union coverage is large, its potential impact on industrial relations is magnified by the differences in the distribution of union and nonunion workers that has resulted from more than two decades in which few new jobs were added to the unionized sector. As we show in more detail in later chapters, the growing and dynamic parts of the economy are today largely unorganized. Union membership is currently concentrated in the older and more mature industries, the older firms in those industries, and the older plants within diversified firms.

This is not an outcome that either the framers of the NLRA or the industrial relations scholars of the post–New Deal period foresaw. Indeed, by the 1960s both researchers and practitioners of collective bargaining seemed to believe that relations between labor and management had matured and stabilized, that management had accommodated to the fact that collective bargaining was here to stay, and that labor unions were a permanent participant in their employment relationships.[11] While there were vigorous debates over the vitality and future of the American labor movement,[12] no one in the 1950s or 1960s foresaw the changes in managerial behavior that would slow and then stop the expansion of collective bargaining and union membership in the private sector of the economy. Changes in the industrial environment as well as demographic and occupational shifts account for some portion of the post-1960 decline in union membership and collective bargaining coverage; but a full understanding of that decline requires a reconceptualization of managerial strategies, structures, and policies that were unfolding, often quietly, during this period.

RETHINKING CONSENSUS ASSUMPTIONS

If managerial values and strategies are an important part of the explanation for the decline in unionization, what does this say about the consensus ideology assumed in conventional industrial relations systems theory? Have managerial values or ideological dispositions really changed in recent years? Did American managers ever accept

unions as legitimate and valued actors in industrial relations in a way that could be characterized as a "shared understanding" or a consensus ideology? Or did the majority of industrial relations scholars of the post–New Deal period misinterpret some employers' pragmatic acceptance of unions as philosophical acceptance?

Certainly not since the days of the American plan and company unionism that followed World War I has it been as socially or politically acceptable for U.S. management to embrace publicly a "union-free" preference as it is today. Clearly, the assumption that there is a legitimate conflict of interest in employment relations is not shared by the majority of American managers even though it is built into our public policies. If this is true (and we present data in chapter 3 to demonstrate that it is), it should inform our theoretical assumptions and models in a significant way. In short, a more powerful theory of managerial *values, strategies, and behavior* in industrial relations is needed.

MANAGEMENT AS THE INITIATOR OF CHANGE

Traditional industrial relations theory, particularly as it has been applied in collective bargaining research, treats management as reacting to union demands, pressures, and initiatives. We have reasonably well-developed hypotheses about managerial adjustments to collective bargaining, ranging from Sumner Slichter's early concept of the "shock effects" of unions to more recent empirical studies of the effects of unions on various workplace outcomes and managerial adjustments.[13]

Moreover, we have traditionally studied the spillover effects of unions on unorganized workers and employers, noting, with considerable empirical support, that the threat of becoming organized led many employers to match union wage gains and employment practices.[14] Yet in recent years there have been numerous indications that the causal flow has been reversed. Innovations in human resource management practices that started in nonunion firms are increasingly being carried over into unionized workplaces. A revised framework needs to address this reversal in the source of dynamism.

Rethinking our traditional assumptions about managerial values and behavior opens the door to more intensive analysis of a variety of other managerial initiatives and changes that have profoundly affected the transformation now taking place in U.S. industrial relations. For example, a noticeable shift in the distribution of decision-making power and authority over employment issues has occurred *within* manage-

extremely important role in shaping the range of feasible strategic adaptations. Although environmental pressures are important and serve as the starting point for discussion of the determinants of an industrial relations system, these pressures do not strictly determine industrial relations outcomes. Thus an understanding of the choices parties make in any given period must be informed by an analysis of the structures and history that constrain those choices. One of the strongest factors impinging on choice is management values toward unions.

An understanding of the transformation that has taken place in industrial relations since 1960 must start with an understanding of the deep-seated resistance toward unions that historically has been embedded in the belief system of U.S. managers. It is through the lens of this value system that managerial decision makers weigh their options for responding to cues from the external environment. Unfortunately, many researchers in industrial relations and the behavioral sciences have been slow or unwilling to acknowledge the existence and the power of this managerial belief system.

During the 1950s and 1960s, the prevailing view in the industrial relations literature was that American managers had accommodated to collective bargaining and accepted unions as legitimate and lasting parties to the employment relationship.[21] Many were convinced that management hostility toward unions was a thing of the past. But the accommodation was only temporary in character and, as we shall see in chapter 3, usually involved only industrial relations specialists and not the key members of management who formulated business strategies and plans. Thus the conclusion that management had adopted and accepted unions as legitimate partners misinterpreted as a change in managerial *preferences* or *ideology* what was actually a *pragmatic* or *strategic* adaptation to the high costs of avoiding or dislodging established unions. Instead, the following statement of Douglas Brown and Charles Myers probably better captured the prevailing ideologies of American managers in the 1950s and 1960s: "It may well be true that if American management, upon retiring one night, were assured that by the next morning the union . . . would have disappeared, more management people than not would experience the happiest sleep of their lives."[22]

This view of management ideology toward unions is consistent with the historical record for managerial behavior, particularly at the level of the firm or individual worksite. Reinhard Bendix makes this point in his classic analysis of managerial ideology by noting that managerial opposition to unions fits into the broader set of American values that stress individual initiative, the centrality of one's right to defend individual property rights, and the desire to maintain managerial control and worker discipline.[23] Howell John Harris developed this argument further in arguing that most American managers historically interpreted unionization as both a personal insult or statement of distrust on the part of their workers and as a black mark on their professional record.[24] Unionization was neither inevitable nor in some way desirable, but rather an indication of managerial failure. It was unnatural, illegitimate, and un-American, and to be resisted, within the law.

Yet while American management remained hostile to unionization in their own firms, there also has been a long tradition—dating at least as far back to the work of the National Civic Federation in the early years of this century—of leading executives of large corporations supporting the legitimacy or even the desirability of a free labor movement as a part of our democratic society.[25] Thus many corporate leaders participate in national labor-management discussion groups or committees as long as they can preserve their ability to also vigorously oppose unionization attempts at their specific places of employment. As such, there has been a curious inconsistency in the dominant management belief or value system: unions are an essential part of the democratic fabric of society, but they are not necessarily desirable or acceptable "in my firm or on my property."

## The Three-Tier Institutional Structure

Ever since the pioneering work of John R. Commons in the early years of this century, industrial relations theory has consistently stressed the importance of the institutional structure in which labor-management interactions occur.[26] This view argues that, to explain industrial relations processes and outcomes, it is not enough to simply understand the pressures that economic or other environmental forces place on the employment relationship. Rather the patterns, laws, customs, and structures that build up over time and establish what Commons, Veblen, and other social scientists consider to be the institutional features of the relationship exert an independent effect of their own.[27] This is one of the central features that differentiate industrial relations