UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEW YORK and PUBLIC EMPLOYMENT REVIEW BOARD,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-1283 (GTS/ML)<br><br>**PROOF OF SERVICE** |

David O'Brien Suetholz
dsuetholz@teamster.org
Clement Tsao
ctsao@teamster.org
Willie J. Burden
wburden@teamster.org
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 624-6847

Richard Griffin
rgriffin@bredhoff.com
BREDHOFF & KAISER, PLLC
805 15th Street NW Ste. 1000
Washington, DC 20005
Phone: (202) 842-2600

Jeanne Mirer (NY Bar No. 4546677)
jmirer@julienmirer.com
JULIEN MIRER & ASSOCIATES, PLLC
1 Pierrepont Plaza, 12th Floor
Brooklyn, NY 11201
Phone: (212) 231-2235

Julie Gutman Dickinson *(Pro hac vice)*
jgd@bushgottlieb.com
Jennifer A. Abruzzo *(Pro hac vice pending)*
jabruzzo@bushgottlieb.com
Luke Taylor
ltaylor@bushgottlieb.com
BUSH GOTTLIEB, ALC
801 N. Brand Blvd., Suite 950
Glendale, CA 91203
Phone: (818) 973-3228

Edward M. Gleason, Jr.
ed@hsglawgroup.com
Pamela M. Newport
pamela@hsglawgroup.com
HERZFELD, SUETHOLZ, GASTEL, LENISKI AND WALL, PLLC
600 Vine Street | Suite 2720
Cincinnati, OH 45202
Phone: (513) 381-2224

Ian Hayes (NY Bar No. 5265889)
ihayes@hayesdolce.com
HAYES DOLCE LLP
135 Delaware Avenue, Suite 502
Buffalo, NY 14202
Phone: (716) 534-8388

Proof of Service

1

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 801 North Brand Boulevard, Suite 950, Glendale, CA 91203-1260.

On December 1, 2025, I served true copies of the following document(s) described as

- **LETTER REQUEST TO FILE MEMORANDUM OF LAW OF PROPOSED INTERVENOR IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;**

- **MEMORANDUM OF LAW OF PROPOSED INTERVENOR AMAZON LABOR UNION NO. 1, INTERNATIONAL BROTHERHOOD OF TEAMSTERS IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF LUKE TAYLOR ISO INTERVENOR AMAZON LABOR UNION NO. 1, INTERNATIONAL BROTHERHOOD OF TEAMSTERS' OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 1, 2025, at Glendale, California.

*/s/ Judith Valenzuela*
Judith Valenzuela

# SERVICE LIST

| | |
|---|---|
| Stephen A. Fuchs<br>Littler, Mendelson Law Firm - New York Office<br>900 Third Avenue<br>New York, NY 10022<br><br>sfuchs@littler.com | Counsel for: Associated Builders and Contractors; Associated General Contractors, New York State; Business Council of New York State; Chamber of Commerce of the United States; National Federation of Independent Business Small Business Legal Center<br><br>Served via CM/ECF System |
| Dawn Goldstein<br>National Labor Relations Board<br>Contempt, Compliance, and Special Litigation Branch<br>1015 Half Street, S.E. - Ste 4017<br>Washington, DC 20570<br><br>dawn.goldstein@nlrb.gov | Counsel for National Labor Relations Board<br><br>Served via CM/ECF System |
| Nancy E. Platt<br>National Labor Relations Board<br>Division of Legal Counsel<br>1099 14th Street, NW - Ste 4019<br>Washington, DC 20570<br><br>nancy.platt@nlrb.gov | |
| Chad Wallace<br>National Labor Relations Board<br>Contempt, Compliance, and Special Litigation Branch<br>1015 Half St SE<br>Washington, DC 20570<br><br>chad.wallace@nlrb.gov | |

| | |
|---|---|
| Young W. Lee<br>NYS Office of the Attorney General<br>Labor Bureau<br>28 Liberty Street - Ste 15 Floor<br>New York, NY 10005<br><br>young.lee@ag.ny.gov | Counsel for Public Employment Relations Board<br><br><br>Served via CM/ECF System |
| Julio Sharp-Wasserman<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>212-416-8685<br><br>julio.sharp-wasserman@ag.ny.gov | |
| Young W. Lee<br>NYS Office of the Attorney General<br>Labor Bureau<br>28 Liberty Street - Ste 15 Floor<br>New York, NY 10005<br><br>young.lee@ag.ny.gov | Counsel for State of New York<br><br><br>Served via CM/ECF System |
| Julio Sharp-Wasserman<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>212-416-8685<br><br>julio.sharp-wasserman@ag.ny.gov | |

Proof of Service                4