# BUSH GOTTLIEB

## LAWYERS FOR LABOR

Jennifer A. Abruzzo ^%
David E. Ahdoot
Robert A. Bush PE
Adrian R. Butler
Hector De Haro
Erica Deutsch
Peter S. Dickinson +
Letizia M. Dorigo
Danielle Yidan Fu
Ira L. Gottlieb *
Kyla M. Graves
Julie Gutman Dickinson

PE Partner Emeritus
^ Of Counsel
~ Also admitted in Hawaii
‡ Also admitted in Montana
* Also admitted in New York
+ Also admitted in Nevada
# Also admitted in Washington DC
& Also admitted in Washington
% Admitted only in Florida and Washington DC
{ Admitted only in NY

801 North Brand Boulevard, Suite 950
Glendale, California 91203
Telephone (818) 973-3200
Facsimile (818) 973-3201
www.bushgottlieb.com

Samantha M. Keng
Joseph A. Kohanski *
Adam Kornetsky #
Dana S. Martinez
J. Paul Moorhead ‡
Michael Plank ~+
Kirk M. Prestegard
Robert Ridgley
Jessica Rutter ^{
Mathew Sollett
Luke Taylor
Sarah True
Estephanie Villalpando
Jason Wojciechowski ~&
Vanessa C. Wright
Sara Yufa

June 27, 2026

11135-35005

Direct Dial: (818) 973-3206
ltaylor@bushgottlieb.com

**VIA CM/ECF**

Hon. Miroslav Lovric
U.S. Magistrate Judge
United States District Court
Northern District of New York
Federal Building and U.S. Courthouse
Binghamton, New York 13901

Re:    *National Labor Relations Board v. State of New York, et al.*, Case No. 1:25-cv-1283-GTS-ML, Intervenor's Letter in Support of Defendants' Motion to Compel Document Productions and Depositions, ECF No. 80.

Dear Judge Lovric:

Intervenor writes in support of Defendants' Motion to Compel Document Productions and Depositions (ECF No. 80). For reasons elaborated by Defendants, Intervenor agrees that a 6-8 week extension to complete document production is not warranted, that documents responsive to RFD Nos. 6-7 are relevant to showing the NLRB's loss of independence, and that Defendants are entitled to the depositions they seek, which can probe discovery responses that have demonstrated unprecedented Presidential influence over the NLRB—an influence that is inconsistent with the agency independence upon which the *Garmon* preemption doctrine was premised. Accordingly, Intervenor supports Defendants' request that this Court compel Plaintiff to produce all documents responsive to RFD Nos. 3-4 and 6-7 promptly and make witnesses available for depositions.

//

//

//

//

**VIA CM/ECF**
June 27, 2026
Page 2


Respectfully,

JULIE GUTMAN DICKINSON
JENNIFER A. ABRUZZO
/s/ Luke Taylor
LUKE TAYLOR

Bush Gottlieb, A Law Corporation
801 North Brand Boulevard, Suite 950, Glendale, CA 91203

Attorneys for Intervenor Amazon Labor Union No.1, International Brotherhood of Teamsters
Dated: June 27, 2026