UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW YORK and<br>PUBLIC EMPLOYMENT RELATIONS<br>BOARD,<br><br>Defendants,<br><br>and<br><br>AMAZON LABOR UNION NO. 1,<br>INTERNATIONAL BROTHERHOOD OF<br>TEAMSTERS,<br><br>Intervenor-Defendant. | Civil Action No. 1:25-cv-01283-GTS-ML |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff National

Labor Relations Board ("NLRB"), Defendants the State of New York and the Public

Employment Relations Board, and Intervenor Amazon Labor Union No. 1, International

Brotherhood of Teamsters (together, the "Stipulating Parties"), through their undersigned

counsel, hereby stipulate and agree as follows:

1. The captioned action was brought by the NLRB seeking declaratory and injunctive relief

   against the enforcement of New York Senate Bill S.8034A amending Section 715 of the

   New York State Employment Relations Act ("SERA"). Plaintiff filed a Second Amended

   Complaint in this matter on September 26, 2025, naming the State of New York and the

   Public Employment Relations Board as defendants and seeking a declaration that S.8034A

is preempted by the National Labor Relations Act ("NLRA") and a preliminary and permanent injunction against its enforcement.

2. On July 20, 2026, the United States District Court for the Eastern District of New York entered a Memorandum & Order in *Amazon.com Services LLC v. New York State Public Employment Relations Board*, No. 25-CV-5311(EK)(MMH), 2026 WL 2085865 (E.D.N.Y. July 20, 2026), granting Amazon's motion for summary judgment, declaring that S.8034A, identified therein as the SERA Amendment, is unconstitutional, null, and void, and permanently enjoining defendants from enforcing the amendment. The Eastern District of New York held that the SERA Amendment is squarely preempted by the NLRA as interpreted in *San Diego Building Trades Council v. Garmon*, 359 U.S. 236 (1959).

3. Consistent with the Eastern District of New York's decision and order referenced in paragraph 2, Defendants are permanently enjoined from enforcing S.8034A as to any entity or person.

*[continued on next page]*

4. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal of this action without prejudice, with each party to bear its own costs, fees, and expenses.

DATED: July 27, 2026

| NANCY E. KESSLER PLATT<br>Associate General Counsel<br>Division of Legal Counsel<br><br>DAWN L. GOLDSTEIN<br>Deputy Associate General Counsel<br>Division of Legal Counsel<br><br>TAMMY L. FARMER<br>Attorney-Advisor, E-Litigation Branch | LETITIA JAMES<br>Attorney General of New York<br><br>KAREN CACACE<br>Bureau Chief<br>Labor Bureau<br><br>YOUNG LEE<br>Deputy Bureau Chief<br>Labor Bureau<br><br>JULIO SHARP-WASSERMAN<br>Assistant Attorney General<br>Labor Bureau | JENNIFER A. ABRUZZO<br><br>JULIE GUTMAN DICKINSON |
| --- | --- | --- |
| /s/ Chad A. Wallace<br>CHAD A. WALLACE<br>Trial Attorney<br><br>National Labor Relations Board<br>Contempt, Compliance, and Special Litigation Branch<br>1015 Half Street, S.E. - 4th Floor<br>Washington, DC 20570<br><br>Attorneys for Plaintiff National Labor Relations Board | /s/ Margaret Marron<br>MARGARET MARRON<br>Assistant Attorney General<br>Labor Bureau<br><br>28 Liberty Street<br>New York, New York 10005<br>(212) 416-6251<br><br>Attorneys for Defendants State of New York and Public Employment Relations Board | /s/ Luke Taylor<br>LUKE TAYLOR<br><br>BUSH GOTTLIEB<br>A Law Corporation<br>801 North Brand Boulevard, Suite 950<br>Glendale, California 91203-1260<br>Telephone: (818) 973-3200<br><br>Attorneys for Intervenor Amazon Labor Union No. 1, International Brotherhood of Teamsters |