

**United States Government**
**NATIONAL LABOR RELATIONS BOARD**
**Division of Legal Counsel**

CONTEMPT, COMPLIANCE, & SPECIAL LITIGATION BRANCH

1015 Half Street SE, Fourth Floor          Direct phone: 202-273-2489
Washington, D.C.  20570                    chad.wallace@nlrb.gov

July 27, 2026

***Via CM/ECF***

Hon. Miroslav Lovric, U.S. Magistrate Judge
United States District Court for the Northern District of New York
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

> Re:     *National Labor Relations Board v. State of New York, et al.*
>         Case No. 1:25-cv-1283-GTS-ML

Dear Judge Lovric:

Pursuant to your text order issued on June 30, 2026 (ECF No. 82), the parties jointly submit for your review this update on the status of litigation in the above-referenced matter.

The parties today have filed a stipulation to dismiss this action, without prejudice, under Rule 41(a)(1)(A)(ii) (ECF No. 90). Accordingly, all remaining dates and deadlines entered by the Court in this matter are now moot.

[*continued on next page*]

Hon. Miroslav Lovric
Joint Status Update
Page 2

The parties thank the Court for its time and effort assisting the parties with resolving their discovery disputes.

Respectfully submitted,

| | | |
|---|---|---|
| NANCY E. KESSLER PLATT<br>Associate General Counsel<br>Division of Legal Counsel | LETITIA JAMES<br>Attorney General of New York | JENNIFER A. ABRUZZO |
| DAWN L. GOLDSTEIN<br>Deputy Associate General Counsel<br>Division of Legal Counsel | KAREN CACACE<br>Bureau Chief<br>Labor Bureau | JULIE GUTMAN DICKINSON |
| TAMMY L. FARMER<br>Attorney-Advisor, E-Litigation Branch | YOUNG LEE<br>Deputy Bureau Chief<br>Labor Bureau | |
| | JULIO SHARP-WASSERMAN<br>Assistant Attorney General<br>Labor Bureau | |
| /s/ Chad A. Wallace<br>CHAD A. WALLACE<br>Trial Attorney | /s/ Margaret Marron<br>MARGARET MARRON<br>Assistant Attorney General<br>Labor Bureau | /s/ Luke Taylor<br>LUKE TAYLOR |
| National Labor Relations Board<br>Contempt, Compliance, and Special Litigation Branch<br>1015 Half Street, S.E. - 4th Floor<br>Washington, DC 20570 | 28 Liberty Street<br>New York, New York 10005<br>(212) 416-6251 | BUSH GOTTLIEB<br>A Law Corporation<br>801 North Brand Boulevard, Suite 950<br>Glendale, California 91203-1260<br>Telephone: (818) 973-3200 |
| Attorneys for Plaintiff National Labor Relations Board | Attorneys for Defendants State of New York and Public Employment Relations Board | Attorneys for Intervenor Amazon Labor Union No. 1, International Brotherhood of Teamsters |

Dated: July 27, 2026